```
                   UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF OHIO
                        WESTERN DIVISION
```

CIVIL ACTION NO. 1:14cv244 (WOB-MRM)

ANDRE DAVIS                                              PETITIONER

VS.                              <u>JUDGMENT</u>

WARDEN, LONDON
CORRECTIONAL INSTITUTION                                 RESPONDENT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #12), and there being no objections filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. #12) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. #1), is **DISMISSED** with prejudice. A certificate of appealability shall not issue with respect to any of the claims alleged herein. Pursuant to 28 U.S.C. § 1915(a)(3), any appeal of this judgment would be objectively frivolous and petitioner therefore should not be permitted to proceed *in forma pauperis*.

This 7th day of July, 2015.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge